UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| WALT DICKSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:09-CV-364 |
| | ) | |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that this case is sufficiently related to the previously filed cases of Mays v. Tennessee Valley Authority, 3:09-CV-06; Blanchard, et al. v. Tennessee Valley Authority, 3:09-CV-09; Giltnane, et al. v. Tennessee Valley Authority, 3:09-CV-14; Raymond, et al. v. Tennessee Valley Authority, 3:09-CV-48; Auchard, et al. v. Tennessee Valley Authority, 3:09-CV-54; Schofield, et al. v. Tennessee Valley Authority, 3:09-CV-64; and Long, et al. v. Tennessee Valley Authority, 3:09-CV-114 (Varlan/Guyton), that this case also should be assigned to District Judge Thomas A. Varlan and Magistrate Judge H. Bruce Guyton.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge